**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/19/2020___

Sherif Loka,

                           **Plaintiff,**

                  -against-

Mount Sinai Health System, Inc., et al.,

                           **Defendants.**

**1:19-cv-03158 (LTS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled initial conference on April 9, 2020 at 2:30 p.m. (*see* ECF No. 28) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
            March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge